# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LIVING HOPE PARMA, INC.,** | : |
| | : CASE NO. 1:26-cv-00323 |
| Plaintiff, | : |
| | : JUDGE: |
| vs. | : |
| | : **PETITION OF REMOVAL FROM THE** |
| **BROTHERHOOD MUTUAL** | : **COURT OF COMMON PLEAS,** |
| **INSURANCE COMPANY** | : **CUYAHOGA COUNTY, OHIO (CASE NO.** |
| | : **CV 26 130550)** |
| Defendants. | : |

PLEASE TAKE NOTICE on this date, pursuant to pursuant to 28 U.S.C. 1441 and 28 U.S.C. 1446, Brotherhood Mutual Insurance Company ("BMIC"), hereby files this Petition for Removal of a certain action pending in the Court of Common Pleas, Cuyahoga County, Ohio. The grounds for removal are as follows:

1. BMIC has been named as a Defendant pursuant to the Complaint in the action styled *Living Hope Parma Inc. v. Brotherhood Mutual Insurance Company*, Case No. 26 CV 130550 Court of Common Pleas, Cuyahoga County, Ohio.

2. The lawsuit was commenced on January 5, 2026 and BMIC was served with process on or about January 12, 2026. Copies of all process, pleadings, and orders served on BMIC are attached hereto as Exhibit A.

3. This action is removable to this Court pursuant to 28 U.S.C. §1441(a) in that this action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) as follows:

    a. This matter in controversy exceeds the sum or value of $75,000.00 (Seventy-Five Thousand Dollars) exclusive of interest and costs as the Complaint referenced above seeks compensatory damages related to claims for breach of contract and bad

    faith interest in relation to an insurance policy issued by BMIC and in connection with Living Hope Parma, Inc.'s claim for property damage under the BMIC policy. Living Hope Parma, Inc.'s claim for property damage amounts to $344,703.39.

  b. The Plaintiff, Living Hope Parma, Inc., upon information and belief, is a nonprofit religious organization in the State of Ohio and owns and occupies a building located 12970 Huffman Rd. Parma, OH 44130.

  c. Defendant BMIC is now, and has been continuously at all relevant times, a corporation organized under the laws of Indiana with its principal place of business located in Indiana. Said Corporation is not incorporated in the State of Ohio, does not have a principal place of business in Ohio, and was not a citizen of Ohio either at the time of commencement of this lawsuit, the filing of the Complaint, or removal of this action.

  d. There is complete diversity between the necessary parties and Plaintiff seeks an award of damages in excess of the sum of $75,000.00 (Seventy-Five Thousand Dollars).

4. This petition is filed within thirty (30) days after receipt of the Summons and Complaint by BMIC and is timely filed in accordance with 28 U.S.C. §1446(b) and (c).

5. A true and correct copy of this Petition of Removal will be given promptly to the parties and filed with the Clerk of Court of Common Pleas, Cuyahoga County, Ohio, as required by 28 U.S.C. §1446(d).

WHEREFORE, please take Notice that BMIC hereby prays that the above described action pending against them in the Court of Common Pleas, Cuyahoga County, Ohio, be removed to this Court.

Respectfully submitted,

*/s/ Lucas P. Baker*
**LUCAS P. BAKER (0092187)**
lbaker@cruglaw.com
COLLINS, ROCHE, UTLEY & GARNER, LLC
655 Metro Place South, Suite 200
Dublin, Ohio 43017
(614) 901-9600 / Fax: (614) 901-2723
*Counsel for Defendant Brotherhood Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of February 2026, a copy of the foregoing was served upon the following counsel of record via electronic mail:

Cory D. Thompson, Esq.
Law Offices of Blake R. Maislin, LLC
2306 Park Avenue
Cincinnati, OH 45206
(513) 444-4444 / Fax: (513) 812-3690
cthompson@maislinlaw.com
*Counsel for Plaintiff Living Hope Parma, Inc.*

                                          */s/ Lucas P. Baker*
                                          **LUCAS P. BAKER**         **(0092187)**